Lori TAYLOR in her own Right and as Parent and Natural Guardian of Ryan E. Taylor, a Minor,

v.

The WASHINGTON HOSPITAL, Paul Wodlinger, M.D., Edward Foley, M.D., Individually and t/d/b/a Pediatric Associates of Washington, and Children's Hospital of Pittsburgh.

Appeal of Paul Wodlinger, M.D. and Edward Foley, M.D., Individually and t/d/b/a Pediatric Associates of Washington.

Appeal of the Washington Hospital.

Supreme Court of Pennsylvania.

Argued March 4, 2003.

Decided March 24, 2003.

William D. Phillips, Kathleen Smith-Delach, Washington, for Paul Wodlinger, M.D., et al.

Wendy E. Dunne Smith, Pittsburgh, David L. McClenahan, Edward Victor Weisgerber, John Wesley Jordan, IV, Philip B. Hart, for Washington Hospital.

John Matthew Horgan, for Childrens Hospital of Pittsburgh.

Jeffrey Thomas Olup, Charleroi, Jack Milton Beam, Bradley M. Bassi, Charleroi, Geoffrey N. Fieger, Pro Hac Vice, for Lori Taylor, et al.

Before CAPPY, C.J., and CASTILLE, NIGRO, NEWMAN, SAYLOR, EAKIN and LAMB, JJ.

### ORDER

PER CURIAM.

Appeals dismissed as having been improvidently granted.